# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

MIGUEL CARTAGENA-MIRANDA,

                    Defendant.

Case No. 25-CR-124-1-JPS

**ORDER**

On June 24, 2025, the grand jury returned a two-count Indictment in which Defendant Miguel Cartagena-Miranda ("Defendant") was charged with a count of with violating 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). ECF No. 1. On February 12, 2026, the Government filed an Information charging Defendant with violating 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B). ECF No. 56. The same day, the parties filed a plea agreement indicating that Defendant would plead guilty to the single count (Count One) in the Information. ECF No. 57.[1]

The parties appeared before Magistrate Judge Nancy Joseph on March 2, 2026 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 65. Defendant entered a plea of guilty as to Count One in the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

---

[1]About a month prior, the Government filed an Information and the parties filed a plea agreement in which the charge against Defendant did not match. ECF Nos. 53, 54. The Court will disregard these prior filings and consider the Information filed at ECF No. 56 to be the operative charging document and the plea agreement filed at ECF No. 57 the operative plea agreement.

11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 67. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 67, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 16th day of April, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge